# UNITED STATES DISTRICT COURT
## for the
### Central District of California
### Eastern Division

FILED
2020 FEB -7 PM 7:05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY _____

WADE

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

CENTRAL DISTRICT OF, CA

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. EDCV20-00259-MWF (JPRx)
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

IFP

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | DEVIN WADE |
| Address | 14705 PRAIRIE SMOKE RD |
| | CORONA, CA 92880 |
| | *City / State / Zip Code* |
| County | RIVERSIDE |
| Telephone Number | 909-306-4164 |
| E-Mail Address | WADEDEVIN88@YAHOO.COM |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | RIVERSIDE COUNTY SHERIFF DEPT |
| Job or Title *(if known)* | PEACE OFFICER |
| Address | 4095 Lemon St |
| | Riverside, CA 92501 |
| | *City / State / Zip Code* |
| County | RIVERSIDE |
| Telephone Number | (951) 955-2400 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | SAN BERNARDINO COUNTY SHERIFF DEPT |
| Job or Title *(if known)* | PEACE OFFICER |
| Address | 655 E 3rd St |
| | San Bernardino, CA 92415 |
| | *City / State / Zip Code* |
| County | San Bernardino |
| Telephone Number | (909) 884-0156 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

Defendant No. 3
- Name: ORANGE COUNTY SHERIFF DEPT
- Job or Title *(if known)*: PEACE OFFICER
- Address: 550 N Flower St
  - City: Santa Ana
  - State: CA
  - Zip Code: 92703
- County: ORANGE
- Telephone Number: (714) 647-7000
- E-Mail Address *(if known)*:

[ ] Individual capacity  [✔] Official capacity

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Address:
  - City:
  - State:
  - Zip Code:
- County:
- Telephone Number:
- E-Mail Address *(if known)*:

[ ] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

CHAPTER 73 OBSTRUCTION OF JUSTICE, Us Code 1506 Theft or alteration of record or process, 1512 Witness Tampering, 18 U.S. Code § 1513 - Retaliating against a witness, victim, or an informant Chapter 95 & 96 Racketeering, Penal Code 236 false imprisonment, PC 240 aggravated assault, California Penal Code [CPC] §245(a)(1) Assault

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

amendments 4, 5, 9, 14th

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
on attached documents

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
CENTRAL DISTRICT OF, CA COUNTY OF ORANGE, SAN BERNARDINO, RIVERSIDE

B. What date and approximate time did the events giving rise to your claim(s) occur?
06/05/2016 , 2017, 05/02/2018 , 03/12/2019

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
RACKETEERING, 18 U.S. Code §1961.Definitions (1(b)) section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant),
Defendant knowingly Obstructed Justice

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Deprived Life, Liberty, Properties Due to Justice being Obstructed

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Demand Met in full

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/7/2020

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Devin Wade

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
　　　　　City　　　　State　　　Zip Code
Telephone Number: _____
E-mail Address: _____

rule 65 of the Federal Rules of Civil Procedure ENFORCEMENT PROVISIONS Civil Rights Act of 1964, SEC. 2000e-5. [Section 706]
COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

section D
Riverside County Sheriff Dept, both incidents 06/5/2016 Penal Code 141: Planting or Tampering Evidence, § 1519. Destruction, alteration, or falsification of records in Federal investigations and bankruptcy, as well as Recorded via Detention Cell Video Surveillance, Plaintiff was Assaulted By Correction Officer -PC 240 aggravated assault, California Penal Code [CPC] §245(a)(1),
236 P.C. False Imprisonment, 2017
Section 647(f) PC Drunk in Public;

San Bernardino County Sheriff Dept,
case # 1608923 of 03/12/19 Obstructed Justice In violation of 18 § 1506. Theft or alteration of record or process; false bail, § 1509. Obstruction of court orders, § 1512. Tampering with a witness, victim, or an informant, § 1513. Retaliating against a witness, victim, or an informant, § 1519. Destruction, alteration, or falsification of records in Federal investigations and bankruptcy.

Orange County Sheriff Dept, Penal Code 236 False Imprisonment, ch 73 § 1512. Tampering with a witness, victim, or an informant, § 1513. Retaliating against a witness, victim, or an informant, § 1519. Destruction, alteration, or falsification of records in Federal investigations and bankruptcy. § 1519. Destruction, alteration, or falsification of records in Federal investigations and bankruptcy. PC 602 incidents with Orange County Sheriff Dept